LAURABELLE G. SELOVER, Respondent, *v.* ÆTNA LIFE INSURANCE COMPANY Appellant.

(Argued January 28, 1936; decided March 3, 1936.)

*P. Sidney Hand* for appellant.
*Myron S. Melvin* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.